UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:        1:23-cv-20753-RNS

JUAN VALDEZ,

    Plaintiff,

vs.

NOMI HEALTH, INC. AND
MEDX STAFFING, INC.,

    Defendants.
_____/

### SUMMONS IN A CIVIL ACTION

TO:    MEDX STAFFING, INC.
       c/o CT CORPORATION SYSTEM, its Registered Agent
       1200 SOUTH PINE ISLAND ROAD
       PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Brian H. Pollock, Esq.
       FairLaw Firm
       135 San Lorenzo Avenue
       Suite 770
       Coral Gables, FL 33146
       Tel:    (305) 230-4884
       brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 28, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Alonso

Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:       1:23-cv-20753-RNS

JUAN VALDEZ,

    Plaintiff,

vs.

NOMI HEALTH, INC. AND
MEDX STAFFING, INC.,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:   NOMI HEALTH, INC.
      c/o C T CORPORATION SYSTEM, its Registered Agent
      1200 South Pine Island Road
      PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Brian H. Pollock, Esq.
      FairLaw Firm
      135 San Lorenzo Avenue
      Suite 770
      Coral Gables, FL 33146
      Tel:   (305) 230-4884
      brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 28, 2023

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Alonso
Deputy Clerk
U.S. District Courts