UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20753-SCOLA/GOODMAN

JUAN VALDEZ,

    Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, NOMI HEALTH, INC.

Plaintiff, Juan Valdez files the Return of Service on Defendant, NOMI HEALTH, INC. (served on March 2nd, 2023).

Dated this 7th day of March 2023.

    s/Toussaint Cummings, Esq.
    Toussaint M. Cummings Esq.
    Fla. Bar No. 119877
    toussaint@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*