UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20753-SCOLA/GOODMAN

JUAN VALDEZ,

      Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

      Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, MEDX STAFFING, INC.**

Plaintiff, Juan Valdez files the Return of Service on Defendant, MEDX STAFFING, INC.

(served on March 2nd, 2023).

Dated this 7th day of March 2023.

s/Toussaint Cummings, Esq.
Toussaint M. Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884  FAX 305.230.4844
*www.fairlawattorney.com*