United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Juan Valdez, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-20753-Civ-Scola |
| ) | |
| Medx Sstaffing, Inc. and NOMI ) | |
| Health, Inc., Defendants. ) | |

### Order Staying Case

    The parties jointly seek a stay of this case pending arbitration. (ECF No. 9.) In light of the parties' agreement, and after reviewing the record and the relevant legal authorities, the Court **grants** the motion (**ECF No. 9**) and **stays** this matter until the completion of the arbitration proceedings.

    The Court directs the Clerk to **administratively close** this case during the pendency of the stay; any pending motions are denied as moot. Upon completion of the arbitration, either party may file a motion asking the Court to reopen the case and request affirmative relief from the Court.

    **Done and ordered** at Miami, Florida on March 24, 2023.

_____
Robert N. Scola, Jr.
United States District Judge